IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEECOUNTY, FLORIDA

CASE NO:

JOHN DAGOSTINO,

        Plaintiff,

vs.

FEDERAL EXPRESS CORPORATION & ANNE MARIE CAVISTON,

        Defendants.

_____/

## COMPLAINT

Plaintiff, **JOHN DAGOSTINO**, sues Defendants, **FEDERAL EXPRESS CORPORATION & ANNE MARIE CAVISTON**, and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material to this action, Plaintiff was a natural person residing in Lee County, Florida.

1

**EXHIBIT B**

3. At all times material to this action, Defendant, **FEDERAL EXPRESS CORPORATION**, was a Florida Profit Corporation licensed to do business in the State of Florida.

4. At all times material to this action, Defendant, **ANNE MARIE CAVISTON**, was a natural person residing in Charlotte County, Florida.

5. On or about December 3, 2020, Plaintiff was operating a motorcycle traveling east on Hancock Bridge Parkway at or near the intersection of Orange Grove Boulevard in Lee County, Florida.

6. At that time and place, Defendant, **ANNE MARIE CAVISTON**, was operating a truck while under her scope of work for Defendant, **FEDERAL EXPRESS CORPORATION**, traveling west on Tamiami Trail East at or near the intersection of Trout Lane in Lee County, Florida.

**COUNT I**
**NEGLIGENCE AGAINST ANNE MARIE CAVISTON**

Plaintiff realleges and incorporates paragraphs 1 through 6, and further states:

7. Defendant, **ANNE MARIE CAVISTON**, was operating and driving the motor vehicle while under her scope of work for, Defendant, **FEDERAL EXPRESS CORPORATION.**

8. At that time and place, Defendant, **ANNE MARIE CAVISTON**, negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's motorcycle.

## COUNT II
## NEGLIGENCE AGAINST FEDERAL EXPRESS CORPORATION

Plaintiff realleges and incorporates paragraphs 1 through 6, and further states:

9. Defendant, **FEDERAL EXPRESS CORPORATION**, is vicariously liable for the negligence of Defendant, **ANNE MARIE CAVISTON**, pursuant to the Respondeat Superior Doctrine.

10. As a direct and proximate result of Defendants' negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, **JOHN DAGOSTINO**, demands judgment for damages against Defendants, **FEDERAL EXPRESS CORPORATION and ANNE MARIE CAVISTON**, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this __23rd__ day of March 2021.

                              /s/ Jason Rafael Leonard
                              JASON RAFAEL LEONARD, ESQUIRE
                              FBN: 67223
                              Morgan & Morgan
                              Post Office Box 9504
                              Fort Myers, FL 33906
                              Phone: (239) 433-6880
                              Attorneys for Plaintiff
                              E-Mail: JasonLeonard@forthepeople.com
                                        Jrengifo@forthepeople.com
                                        mblanco@forthepeople.com